**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| BRETT HAMILTON,<br>Plaintiff,<br>vs.<br>WASHINGTON STATE PATROL, GAVIN SCHUSTER, a Trooper with the Washington State Patrol,<br>Defendants | NO. 3:26-cv-06330<br>NOTICE OF REMOVAL TO FEDERAL COURT<br>**(Clerk's Action Requested)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, Washington State Patrol ("WSP") and Gavin Schuster, hereby remove to this court the state court action described below.

1. This case concerns and alleges a violation of civil rights under 42 U.S.C. § 1983, as well as possible state law claims. Defendant WSP is an agency of the State of Washington. The complaint has not yet been answered by defendants.

2. On September 3, 2026, a complaint was filed in the Superior Court of Washington for Kitsap County, Case No. 26-2-02414-18 entitled Complaint, Brett Hamilton vs. Washington State Patrol, Gavin Schuster.

3. This complaint was served upon the State Defendant WSP on September 4, 2026 and Defendant Gavin Schuster on October 27, 2026. This notice of removal is being filed



ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7352

within 30 days after receipt of service by Gavin Schuster alleging an action under 42 U.S.C. § 1983 against the named defendants.

4. All Defendants have been properly served and joined in and consent to removing this action to this court.

INTRADISTRICT ASSIGNMENT

5. Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Plaintiff alleges that his rights under the Fourth and Fourteenth Amendments were violated by defendant Gavin Schuster.

7. This is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 and § 1343 and is one which may be removed to this court by defendants pursuant to 28 U.S.C. § 1441(a) in that it is a civil action founded on a claim or right arising under federal law over which this court has original jurisdiction. The district court also has supplemental jurisdiction over any state law claims in this action pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the federal court of jurisdiction over claims arising under federal law. *Wis. Dep't of Corrections v. Schacht*, 524 U.S. 381, 389, 118 S. Ct. 2047, 2052, 141 L. Ed. 2d 364 (1998).

8. Venue in the Western District is appropriate as this is the judicial district in which plaintiff allegedly resides. In addition, Defendant WSP is headquartered in Thurston County, Washington, and Defendant Gavin Schuster resides in Kitsap County.

RESERVES AND IMMUNITY

9. Defendants reserve all rights and defenses, including Eleventh Amendment immunity, and this notice is made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

SUPPORTING DOCUMENTS



ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7352

10. In compliance with 28 U.S.C. § 1446(a) and LCR 101(b), the defendants will file copies of all process, pleadings and orders served upon it in this case within the fourteen (14) day deadline and with the appropriate verification of authenticity.

DATED this 2nd day of November, 2026.

NICHOLAS W. BROWN
Attorney General

*s/Jane Seu*
JANE SEU, WSBA No. 65065
Assistant Attorney General
Office of the Attorney General, Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-389-2037
Jane.Seu@atg.wa.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who are registered users of the CM/ECF system.

Alan Mygatt-Tauber, WSBA No. 47066
Paladin Law Office, PLLC
P.O. Box 214
Silverdale, WA 98383
360-633-5235
alan@legalpaladin.com

*Optional for email*: Pursuant to the parties' Electronic Service Agreement, I also emailed the foregoing to:

Alan Mygatt-Tauber, alan@legalpaladin.com
Andy Tauber, andy@legalpaladin.com

DATED this 2nd day of November, 2026, at Seattle, Washington.

*s/Su Rim Han*
Su Rim Han
Paralegal